IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK D. WEAVER                                                                    PLAINTIFF

v.                              Civil No. 08-5186

DEPUTY JOHNSON;
SGT. CARLTON;
CAPTAIN HUNTER PETRAY;
SHERIFF KEITH FERGUSON;
DEPUTY EUWING;
DEPUTY MORRISON;
DEPUTY JOHNSTON;
DEPUTY ROLAND;
DEPUTY RANKIN;
DEPUTY WALES;
DEPUTY ELKINGTON;
DEPUTY TUCKER;
DEPUTY ENGLEMAN;
DEPUTY WRITE;
DEPUTY GONZALLEZ;
DEPUTY COLTS;
DEPUTY BLUGG;
DEPUTY MRS. B.;
DEPUTY BAILEY;
DEPUTY DAN;
SGT. VAUGHN; and
SGT. TORRES                                                                    DEFENDANTS

## **ORDER**

Mark Weaver submitted this pro se action for filing pursuant to 42 U.S.C. § 1983. We find

the complaint should be provisionally filed prior to a determination regarding plaintiff's status as

a pauper and service of process. The United States District Clerk is directed to file the complaint.

The plaintiff did not submit with his complaint a completed application to proceed *in forma*

*pauperis* (IFP)– the inmate account portion of the application has not been completed by plaintiff's

institution of incarceration. **The clerk is directed to provide the plaintiff with an IFP**

-1-

**application**.  Plaintiff is given up to and including **September 15, 2008**, in which to complete the

IFP application including having the inmate account portion of the application completed by

detention center personnel.

The application should be returned to the undersigned for review and filing.  Should

plaintiff fail to return the application within the required period of time or complete the application

as directed, his complaint will become subject to dismissal for failure to obey a court order.

The undersigned will determine at a later time whether the complaint should be served on

the defendants.

IT IS SO ORDERED this 20th day of August 2008.

/s/ *J. Marschewski*

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)